[No. 12214-0-III.   Division Three.   June 22, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW FREEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 91-1-00084-9, James R. Thomas, J., entered February 13, 1992. *Reversed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.

[No. 11977-7-III.   Division Three.   June 22, 1993.]

E&L STOUT FARMS, INC., ET AL, *Respondents*, v. WHITMAN COUNTY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Asotin County, No. 90-2-00022-8, John M. Lyden, J., entered September 23, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.

[No. 12233-6-III.   Division Three.   June 22, 1993.]

*In the Matter of the Marriage of* FRANK J. BAKER, *Appellant, and* BONNIE BAKER, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 90-3-01163-0, John A. Schultheis, J., entered February 7, 1992. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.